# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITNEY RANDALL,<br><br>  Plaintiff,<br><br>  v.<br><br>TRANS UNION, LLC, et al.,<br><br>  Defendants. | Case No. 1:23-cv-01547-JLT-SAB<br><br>ORDER GRANTING MOTION TO SUBMIT PLAINTIFF'S CLAIMS AGAINST DEFENDANT FIRST PREMIER BANK TO ARBITRATION AND TO STAY ACTION AGAINST DEFENDANT FIRST PREMIER BANK ONLY PENDING ARBITRATION |

On November 1, 2023, Plaintiff Whitney Randall ("Plaintiff") filed this action against Defendants Trans Union, LLC and First Premier Bank. (ECF No. 1.) Neither Defendant has filed a response. On December 22, 2023, Plaintiff and Defendant First Premier Bank filed a stipulation to submit Plaintiff's claims against First Premier Bank to arbitration and to stay the action against First Premier Bank pending arbitration. (ECF No. 5.) Plaintiff and First Premier Bank proffer that Plaintiff entered into a credit card agreement with First Premier Bank, which includes an enforceable arbitration provision that requires Plaintiff to submit all claims relating to the agreement to binding arbitration. (Id. at 2.) The stipulation does not affect Plaintiff's pending action against Defendant Trans Union, LLC. (Id.)

The Court finds good cause to grant the stipulated motion to submit Plaintiff's claims against Defendant First Premier Bank to arbitration and to stay this action against Defendant First Premier Bank only pending completion of the arbitration proceeding.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff and Defendant First Premier Bank's stipulated motion to stay this matter pending completion of arbitration (ECF No. 5) is GRANTED;

2. The claims asserted by Plaintiff against Defendant First Premier Bank in this action shall be submitted to binding arbitration;

3. This action is stayed as to Plaintiff's claims against Defendant First Premier Bank only pending completion of the binding arbitration;

4. Plaintiff and Defendant First Premier Bank shall file a joint status report every **one hundred eighty (180) days** to provide the Court with the status of the arbitration; and

5. Within **fourteen (14) days** of the completion of arbitration, the parties shall file a notice informing the Court that arbitration has been completed and notice of dismissal of Defendant First Premier Bank if appropriate.

IT IS SO ORDERED.

Dated:   **December 26, 2023**

UNITED STATES MAGISTRATE JUDGE

2