# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITNEY RANDALL,<br><br>   Plaintiffs,<br><br>   v.<br><br>TRANS UNION, LLC, et al.,<br><br>   Defendants. | Case No. 1:23-cv-01547-JLT-SAB<br><br>ORDER REQUIRING PARTIES TO SHOW CAUSE IN WRITING WHY MONETARY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO FILE SCHEDULING REPORT<br><br>**DEADLINE: FEBRUARY 2, 2024** |

The initial scheduling conference in this matter is scheduled for February 6, 2024. (ECF No. 3.) Pursuant to the order setting the mandatory scheduling conference, the parties were ordered to file a joint scheduling report one full week prior to the scheduling conference. (Id. at 2.) No joint report has been filed in this action.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions … within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles Cnty., 216 F.3d 837, 841 (9th Cir. 2000).

///

The Court shall require Plaintiff and Defendant Trans Union, LLC[1] to show cause in writing why sanctions should not issue for the failure to file a joint scheduling report in compliance with the Court's November 1, 2023 order setting the mandatory scheduling conference. (ECF No. 3.)

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff and Defendant Trans Union, LLC shall show cause in writing **no later than February 2, 2024**, why monetary sanctions should not issue for the failure to file a joint scheduling report as required by the November 1, 2023 order setting the mandatory scheduling conference; and

2. Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated:   **January 31, 2024**

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] On December 26, 2023, the Court granted Plaintiff and Defendant First Premier Bank's stipulation to submit Plaintiff's claims against First Premier Bank to arbitration and to stay the action against First Premier Bank only pending arbitration. (ECF No. 6.) Pursuant to the Court's December 26, 2023 order, Plaintiff and Defendant First Premier Bank are ordered to file independent joint status reports every 180 days to provide the status of arbitration.

2