# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITNEY RANDALL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRANS UNION, LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:23-cv-01547-JLT-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE DEFENDANT TRANS UNION, LLC AS A PARTY IN THIS ACTION<br><br>(ECF No. 13) |

On February 21, 2024, the parties[1] filed a stipulation of dismissal of Defendant Trans Union, LLC, only, with prejudice and without an award of fees or costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 13.)

Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants in an action through a Rule 41(a) notice. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); see also Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995) ("The plaintiff may dismiss either some or all of the defendants—or some or all of his claims—through a Rule 41(a)(1) notice."); Hells Canyon Pres. Council v. U.S. Forest Serv., 403 F.3d 683, 687 (9th Cir. 2005) (The Ninth Circuit has "only extended the rule to allow the dismissal of all claims

---

[1] The Court notes the case against Defendant First Premier Bank has been submitted to arbitration and the instant action has been stayed against that Defendant only. (ECF No. 6.) However, Defendant First Premier Bank has not filed an answer or motion for summary judgment, and therefore the Court finds it has not "appeared" in this action such that it is required to stipulate to the instant request for dismissal.

against one defendant, so that a defendant may be dismissed from the entire action.").

Accordingly, the Clerk of the Court is DIRECTED to terminate Defendant Trans Union, LLC, from this action with prejudice. The case remains STAYED as to Defendant First Premier Bank.

IT IS SO ORDERED.

Dated: **February 22, 2024**

UNITED STATES MAGISTRATE JUDGE